# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| Uriel MENDOZA ARAIZA,<br><br>               Petitioner,<br><br>    v.<br><br>Laura HERMOSILLO, Seattle Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (Acting), et al.,<br><br>               Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-02139-TL |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Petition for writ of habeas corpus is GRANTED with the relief ordered in Dkt. No. 12.

    Dated December 8, 2025.

                                                      Ravi Subramanian<br>
                                                      Clerk of Court

                                                      s/Kadya Peter<br>
                                                      Deputy Clerk